IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Natasha L. Green and Shilon L. Green, ) | C/A No. 4:11-cv-02437-RBH-KDW |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Jim Walter Home Company, LLC, ) | ORDER |
| Walter Mortgage Company, LLC, and ) | |
| James Owen, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Plaintiffs' Motion to Compel, ECF Nos. 46 and 57. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73.02(B)(2)(e), D.S.C.

In Plaintiff's first Motion to Compel, they ask that the court compel Defendants to produce documents requested through discovery and to assist in scheduling depositions. ECF No. 46. In their second Motion to Compel, Plaintiffs indicate they will be unable to complete discovery by the existing May 21, 2012 deadline. ECF No. 57.

Contemporaneously with this order, the undersigned has issued a Report and Recommendation (R&R) considering Defendants' dispositive motions and Plaintiffs' responses to those motions and recommending the court dismiss Plaintiffs' suit in its entirety. Pending the district judge's ruling on this R&R, the current deadlines set forth in the court's Conference and Scheduling Order (ECF No. 31) are suspended. Accordingly, Plaintiffs' motions (ECF Nos. 46, 57) are dismissed as moot. Should further discovery be required after

2

the district court's ruling, the court will issue an amended scheduling order, and the parties may file or refile discovery motions.

    IT IS SO ORDERED.

April 18, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge